UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PARADIGM BIODEVICES, INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 10-11915-JLT |
| | * | |
| VISCOGLIOSI BROTHERS, LLC, et al., | * | |
| | * | |
| Defendants. | * | |

ORDER

May 11, 2011

TAURO, J.

For the reasons set forth in the accompanying memorandum, the Group Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) [#27] is ALLOWED and Paradigm Spine's Amended Motion to Dismiss Complaint Pursuant to Fed. R. Civ. P. 12(b)(2) [#32] is ALLOWED. Accordingly, the Group Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) [#29] is MOOT and Paradigm Spine's Amended Motion to Dismiss Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) [#33] is MOOT. This case is CLOSED.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge